**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

**UNITED STATES OF AMERICA,**
Plaintiff,

v.

**[1] OSVALDO VAZQUEZ RUIZ,**
(Counts 1, 13-16, and 18-25)
**[2] ORLANDO SIERRA PEREIRA,**
a/k/a "Sierrita" or "El Negro,"
(Counts 1, 13-15, 25, 27-30, and 32-36)
**[3] DANNY NIEVES RIVERA,**
(Counts 1, 18, 27-30, and 32-36)
**[4] ROBERTO ORTIZ CINTRON,**
(Counts 1, 27-30, and 32-36)
**[5] YOVANNY CRESPO CANDELARIA,**
(Counts 1 and 19-23)
**[6] JOSE SANCHEZ SANTIAGO,**
a/k/a "Miguelon,"
(Counts 1-3 and 17)
**[7] MIGUEL PEREZ RIVERA,**
a/k/a "Miguelito,"
(Counts 1-9)
**[8] NADAB ARROYO ROSA,**
a/k/a "New,"
(Counts 1, 8-9, and 31)
**[9] JOSE FLORES VILLALONGO,**
(Counts 1-3)
**[10] LUIS SUAREZ SANCHEZ,**
(Counts 1 and 10-12)
**[11] EDUARDO MONTANEZ PEREZ,**
a/k/a "Menor,"
(Counts 1 and 21-23)
**[12] CARLOS LAUREANO CRUZ,**
a/k/a "Cali,"
(Counts 1 and 26)
**[13] CARLOS CANDELARIO SANTIAGO,**
a/k/a "Piti,"
(Counts 1 and 21-23)
**[14] RUBEN CASIANO PIETRI,**
a/k/a "Chino,"
(Counts 10-12)
**[15] RICARDO RIVERA RODRIGUEZ,**
a/k/a "Ricky,"
(Counts 21-23)

**INDICTMENT**

CRIMINAL NO. **14-**364 (DRD)

**VIOLATIONS:**
18 U.S.C. § 2
18 U.S.C. § 241
18 U.S.C. § 641
18 U.S.C. § 922
18 U.S.C. § 924
18 U.S.C. § 1001
18 U.S.C. § 1951
18 U.S.C. § 1962
21 U.S.C. § 841
21 U.S.C. § 846

**FORFEITURE:**
18 U.S.C. § 981
18 U.S.C. § 1963
21 U.S.C. § 853
28 U.S.C. § 2461

**THIRTY-SIX COUNTS**

**FILED UNDER SEAL**

2014 MAY 21 PM 3:57
RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

**[16] CHRISTIAN VALLES COLLAZO,**
(Counts 27-30)
Defendants.

**THE GRAND JURY CHARGES:**

**COUNT ONE**
(Racketeer Influenced and Corrupt Organizations Act Conspiracy)

**Introduction**

1. At various times relevant to this Indictment, [1] OSVALDO VAZQUEZ RUIZ, [2] ORLANDO SIERRA PEREIRA, a/k/a "Sierrita" or "El Negro," [3] DANNY NIEVES RIVERA, [4] ROBERTO ORTIZ CINTRON, [5] YOVANNY CRESPO CANDELARIA, [6] JOSE SANCHEZ SANTIAGO, a/k/a "Miguelon," [7] MIGUEL PEREZ RIVERA, a/k/a "Miguelito," [8] NADAB ARROYO ROSA, a/k/a "New," [9] JOSE FLORES VILLALONGO, [10] LUIS SUAREZ SANCHEZ, [11] EDUARDO MONTANEZ PEREZ, a/k/a "Menor," [12] CARLOS LAUREANO CRUZ, a/k/a "Cali," and [13] CARLOS CANDELARIO SANTIAGO, a/k/a "Piti," the defendants herein, and others known and unknown, were members and associates of a criminal organization whose members and associates engaged in criminal acts principally out of the Police of Puerto Rico ("POPR"), San Juan, Puerto Rico.

2. The criminal organization, including its members and associates, constituted an "enterprise," as defined by Title 18, United States Code, Section 1961(4) ("the enterprise"), that is, a group of individuals associated in fact. The enterprise constituted an ongoing organization whose members functioned as a continuing unit for a common purpose of achieving the objectives of the enterprise. The enterprise was engaged in, and its activities affected, interstate and foreign commerce.

**Purposes of the Enterprise**

3. The purposes of the enterprise included the following, among others:

      a. Enriching the members and associates of the enterprise through illegal conduct.

b. Promoting and enhancing the enterprise and its members' and associates' activities.

c. Concealing the activities of the members and associates of the enterprise from law enforcement scrutiny.

**Means and Methods of the Enterprise**

4. The means and methods by which the defendants and their conspirators agreed to conduct the affairs of the enterprise included the following, among others:

a. illegally entering premises used or occupied by persons suspected of being engaged in criminal activity and stealing money and property;

b. illegally entering premises used or occupied by persons suspected of being engaged in drug trafficking and stealing narcotics;

c. conducting traffic stops of vehicles driven or occupied by persons suspected of being engaged in criminal activity and stealing money and property;

d. conducting traffic stops of vehicles driven or occupied by persons suspected of being engaged in drug trafficking and stealing narcotics;

e. extorting money in exchange for the release of individuals who had been arrested;

f. planting evidence in order to falsely arrest individuals;

g. modifying facts and testimony in criminal matters in exchange for expected bribe payments;

h. failing to appear in court in order to ensure the dismissal of cases in

exchange for expected bribe payments;

i. selling and distributing wholesale quantities of narcotics;

j. sharing proceeds illegally obtained from individuals and premises;

k. using POPR Officers' power, authority, and official position to promote and protect the operation of the conspiracy;

l. using POPR paperwork and fraudulently obtained court documents, including, but not limited to, property receipts and search warrants, in order to promote and protect the operation of the conspiracy; and

m. using the facilities, equipment, and resources of POPR, including, but not limited to, POPR firearms, badges, vehicles, tools, information, and jackets to promote and protect the operation of the conspiracy.

**Racketeering Conspiracy**

5. From at least in or about 2009, through and including in or about January 2014, in the District of Puerto Rico, defendants,

**[1] OSVALDO VAZQUEZ RUIZ,**
**[2] ORLANDO SIERRA PEREIRA, a/k/a "Sierrita" or "El Negro,"**
**[3] DANNY NIEVES RIVERA,**
**[4] ROBERTO ORTIZ CINTRON,**
**[5] YOVANNY CRESPO CANDELARIA,**
**[6] JOSE SANCHEZ SANTIAGO, a/k/a "Miguelon,"**
**[7] MIGUEL PEREZ RIVERA, a/k/a "Miguelito,"**
**[8] NADAB ARROYO ROSA, a/k/a "New,"**
**[9] JOSE FLORES VILLALONGO,**
**[10] LUIS SUAREZ SANCHEZ,**
**[11] EDUARDO MONTANEZ PEREZ, a/k/a "Menor,"**
**[12] CARLOS LAUREANO CRUZ, a/k/a "Cali," and**
**[13] CARLOS CANDELARIO SANTIAGO, a/k/a "Piti,"**

along with others known and unknown, being persons employed by and associated with the enterprise, which engaged in, and the activities of which affected, interstate and foreign

commerce, knowingly and intentionally conspired to violate Title 18, United States Code, Section 1962(c), that is, to conduct and participate, directly and indirectly, in the conduct of the affairs of that enterprise through a pattern of racketeering activity consisting of multiple acts:

a. Indictable under Title 18, United States Code, Section 1951 (relating to interference with commerce, robbery, or extortion);

b. Involving robbery, extortion, and bribery in violation of the laws of Puerto Rico, to wit, Puerto Rico Penal Code Articles 35, 36, 191, 198, 199, 244, and 259;

c. Involving narcotics trafficking in violation of the laws of the United States, to wit, Title 21, United States Code, Sections 841 and 846; and

d. Involving dealing in a controlled substance in violation of the laws of Puerto Rico, to wit, Puerto Rico Penal Code Articles 401 and 406.

6. It was a part of the conspiracy that each defendant agreed that a conspirator would commit at least two acts of racketeering in the conduct of the affairs of the enterprise.

**Overt Acts**

7. In furtherance of the racketeering conspiracy, and to effect the objects thereof, the defendants and their co-conspirators committed and caused to be committed the following overt acts, among others, on or about the following dates, in the District of Puerto Rico:

a. On or about May 5, 2011, in Puerto Rico, members of the enterprise and their associates, including [6] JOSE SANCHEZ SANTIAGO, a/k/a "Miguelon," [7] MIGUEL PEREZ RIVERA, a/k/a "Miguelito," and [9] JOSE FLORES VILLALONGO, in their capacity as Police Officers, illegally entered an apartment, stole approximately $18,000 in purported illegal drug proceeds, planted a firearm on an individual in the apartment, and placed him/her under arrest.

b. On or about June 28, 2011, in Puerto Rico, members of the enterprise and their associates, including [7] MIGUEL PEREZ RIVERA, a/k/a "Miguelito," in their capacity as Police Officers, illegally entered an apartment and stole approximately $19,000 in purported illegal drug proceeds.

c. On or about September 9, 2011, in Puerto Rico, members of the enterprise and their associates, including [7] MIGUEL PEREZ RIVERA, a/k/a "Miguelito," in their capacity as Police Officers, illegally entered an apartment and stole approximately $14,000 in purported illegal drug proceeds.

d. On or about November 17, 2011, in Puerto Rico, members of the enterprise and their associates, including [7] MIGUEL PEREZ RIVERA, a/k/a "Miguelito" and [8] NADAB ARROYO ROSA, a/k/a "New," in their capacity as Police Officers, illegally entered an apartment and stole approximately $4,000 in purported illegal drug proceeds.

e. In or about November, 2011, in Puerto Rico, a member of the enterprise sold a firearm to a known felon.

f. In or about December, 2011, in Puerto Rico, a member of the enterprise sold a firearm to a known felon.

g. On or about February 14, 2012, in Puerto Rico, [10] LUIS SUAREZ SANCHEZ and [14] RUBEN CASIANO PIETRI, a/k/a "Chino," in their capacity as Police Officers, conducted a traffic stop and stole approximately $18,000 in purported illegal drug proceeds.

h. On or about April 25, 2012, in Puerto Rico, [1] OSVALDO VAZQUEZ RUIZ and [2] ORLANDO SIERRA PEREIRA, a/k/a "Sierrita" or "El Negro," in their capacity as Police Officers, conducted a traffic stop and stole approximately $22,000 in purported illegal

drug proceeds.

i. On or about April 25, 2012, in Puerto Rico, [1] OSVALDO VAZQUEZ RUIZ, in his capacity as a Police Officer, attempted to extort approximately $8,000 from an individual purportedly associated with a drug dealer in exchange for promising to release an alleged state prisoner.

j. On or about May 9, 2012, in Puerto Rico, [6] JOSE SANCHEZ SANTIAGO, a/k/a "Miguelon," sold a firearm with the intent that the firearm be transferred to a known felon.

k. On or about June 5, 2012, in Puerto Rico, [1] OSVALDO VAZQUEZ RUIZ and [3] DANNY NIEVES RIVERA participated in the sale of more than five hundred grams of cocaine.

l. On or about July 9, 2012, in Puerto Rico, [1] OSVALDO VAZQUEZ RUIZ and [5] YOVANNY CRESPO CANDELARIA, in their capacity as Police Officers, agreed to take part in a home invasion to steal purported illegal drug proceeds.

m. On or about July 17, 2012, in Puerto Rico, [1] OSVALDO VAZQUEZ RUIZ, [5] YOVANNY CRESPO CANDELARIA, [11] EDUARDO MONTANEZ PEREZ, a/k/a "Menor," [13] CARLOS CANDELARIO SANTIAGO, a/k/a "Piti," and [15] RICARDO RIVERA RODRIGUEZ, a/k/a "Ricky," in their capacity as Police Officers, illegally entered an apartment, stole approximately $18,700 in purported illegal drug proceeds, and falsely arrested an individual.

n. On or about July 17, 2012, in Puerto Rico, [1] OSVALDO VAZQUEZ RUIZ, in his capacity as a Police Officer, lied to local and federal authorities about the facts and circumstances related to an illegal arrest.

o. On or about August 22, 2012, in Puerto Rico, [1] OSVALDO VAZQUEZ RUIZ and [2] ORLANDO SIERRA PEREIRA, a/k/a "Sierrita" or "El Negro," participated in the sale of more than five hundred grams of cocaine.

p. On or about October 5, 2012, in Puerto Rico, members of the enterprise and their associates, including [12] CARLOS LAUREANO CRUZ, a/k/a "Cali," while impersonating a Police Officer, stole approximately $14,000 in purported illegal drug proceeds.

q. On or about November 20, 2012, in Puerto Rico, [2] ORLANDO SIERRA PEREIRA, a/k/a "Sierrita" or "El Negro," [3] DANNY NIEVES RIVERA, [4] ROBERTO ORTIZ CINTRON, and [16] CHRISTIAN VALLES COLLAZO, in their capacity as Police Officers, illegally entered an apartment and stole approximately $30,000 in purported illegal lottery proceeds.

r. On or about February 6, 2013, in Puerto Rico, members of the enterprise and their associates, including [8] NADAB ARROYO ROSA, a/k/a "New," participated in the sale of more than five hundred grams of cocaine.

s. On or about April 4, 2013, in Puerto Rico, [2] ORLANDO SIERRA PEREIRA, a/k/a "Sierrita" or "El Negro," [3] DANNY NIEVES RIVERA, and [4] ROBERTO ORTIZ CINTRON, in their capacity as Police Officers, illegally entered an apartment and stole what was purported to be seven kilograms of cocaine in exchange for a $50,000 payment.

t. On or about April 22, 2013, in Puerto Rico, [2] ORLANDO SIERRA PEREIRA, a/k/a "Sierrita" or "El Negro," [3] DANNY NIEVES RIVERA, and [4] ROBERTO ORTIZ CINTRON, in their capacity as Police Officers, agreed to take part in a home invasion to steal purported illegal lottery proceeds.

All in violation of Title 18, United States Code, Section 1962(d).

**Notice of Special Findings for Count One**
(Conspiracy to Possess with Intent to Distribute a Controlled Substance)

8.     Paragraphs 1 through 7 of this Indictment are realleged and incorporated by reference as if fully set forth herein.

9.     From at least in or about 2009, through and including in or about January 2014, in the District of Puerto Rico, defendants,

**[1] OSVALDO VAZQUEZ RUIZ,**
**[2] ORLANDO SIERRA PEREIRA, a/k/a "Sierrita" or "El Negro,"**
**[3] DANNY NIEVES RIVERA,**
**[4] ROBERTO ORTIZ CINTRON,**
**[5] YOVANNY CRESPO CANDELARIA,**
**[6] JOSE SANCHEZ SANTIAGO, a/k/a "Miguelon,"**
**[7] MIGUEL PEREZ RIVERA, a/k/a "Miguelito,"**
**[8] NADAB ARROYO ROSA, a/k/a "New,"**
**[9] JOSE FLORES VILLALONGO,**
**[10] LUIS SUAREZ SANCHEZ,**
**[11] EDUARDO MONTANEZ PEREZ, a/k/a "Menor,"**
**[12] CARLOS LAUREANO CRUZ, a/k/a "Cali," and**
**[13] CARLOS CANDELARIO SANTIAGO, a/k/a "Piti,"**

did knowingly and intentionally combine, confederate, and agree with each other and other persons, known and unknown, to commit an offense against the United States, that is, to possess with intent to distribute five kilograms or more of a mixture or substance containing a detectable amount of cocaine, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A)(ii).

All in violation of Title 21, United States Code, Section 846.

**COUNT TWO**
(Extortion Under Color of Official Right)

10. Paragraphs 1 through 7 of this Indictment are realleged and incorporated by reference as if fully set forth herein.

11. On or about May 5, 2011, in the District of Puerto Rico, defendants,

**[6] JOSE SANCHEZ SANTIAGO, a/k/a "Miguelon,"**
**[7] MIGUEL PEREZ RIVERA, a/k/a "Miguelito," and**
**[9] JOSE FLORES VILLALONGO,**

along with others known and unknown, in their capacity as sworn officers of POPR, did knowingly obstruct, delay, and affect, in any way and degree, commerce and the movement of articles and commodities in commerce, by extortion, that is, defendants, while officers with POPR, obtained approximately $18,000 not due to them, or their office, and to which they were not entitled, from Person A, with Person A's consent, under color of official right.

All in violation of Title 18, United States Code, Sections 1951 and 2.

**COUNT THREE**
(Conspiracy to Deprive a Person of Civil Rights)

12. Paragraphs 1 through 7 of this Indictment are realleged and incorporated by reference as if fully set forth herein.

13. On or about May 5, 2011, in the District of Puerto Rico, defendants,

**[6] JOSE SANCHEZ SANTIAGO, a/k/a "Miguelon,"**
**[7] MIGUEL PEREZ RIVERA, a/k/a "Miguelito," and**
**[9] JOSE FLORES VILLALONGO,**

along with others known and unknown, while acting under color of the laws of the Commonwealth of Puerto Rico, did conspire, combine, confederate, and agree to injure, oppress, threaten, and intimidate Person A in the exercise or enjoyment of a right, secured and protected by the Constitution of the United States, to be free from unreasonable searches and seizures by those acting under color of law, by agreeing to unreasonably search and seize property of Person A.

All in violation of Title 18, United States Code, Section 241.

**COUNT FOUR**
(Conspiracy to Deprive a Person of Civil Rights)

14. Paragraphs 1 through 7 of this Indictment are realleged and incorporated by reference as if fully set forth herein.

15. On or about June 28, 2011, in the District of Puerto Rico, defendant,

**[7] MIGUEL PEREZ RIVERA, a/k/a "Miguelito,"**

along with others known and unknown, while acting under color of the laws of the Commonwealth of Puerto Rico, did conspire, combine, confederate, and agree to injure, oppress, threaten, and intimidate an unknown individual in the exercise or enjoyment of a right, secured and protected by the Constitution of the United States, to be free from unreasonable searches and seizures by those acting under color of law, by agreeing to unreasonably search and seize property of the unknown individual.

All in violation of Title 18, United States Code, Section 241.

**COUNT FIVE**

(Theft of Government Money, Property, or Records)

16. Paragraphs 1 through 7 of this Indictment are realleged and incorporated by reference as if fully set forth herein.

17. On or about June 28, 2011, in the District of Puerto Rico, defendant,

**[7] MIGUEL PEREZ RIVERA, a/k/a "Miguelito,"**

along with others known and unknown, did willfully and knowingly steal and purloin a thing of value of the United States, that is, United States currency exceeding $1,000 in value.

All in violation of Title 18, United States Code, Sections 641 and 2.

**COUNT SIX**
(Conspiracy to Deprive a Person of Civil Rights)

18. Paragraphs 1 through 7 of this Indictment are realleged and incorporated by reference as if fully set forth herein.

19. On or about September 9, 2011, in the District of Puerto Rico, defendant,

**[7] MIGUEL PEREZ RIVERA, a/k/a "Miguelito,"**

along with others known and unknown, while acting under color of the laws of the Commonwealth of Puerto Rico, did conspire, combine, confederate, and agree to injure, oppress, threaten, and intimidate an unknown individual in the exercise or enjoyment of a right, secured and protected by the Constitution of the United States, to be free from unreasonable searches and seizures by those acting under color of law, by agreeing to unreasonably search and seize property of the unknown individual.

All in violation of Title 18, United States Code, Section 241.

**COUNT SEVEN**
(Theft of Government Money, Property, or Records)

20. Paragraphs 1 through 7 of this Indictment are realleged and incorporated by reference as if fully set forth herein.

21. On or about September 9, 2011, in the District of Puerto Rico, defendant,

**[7] MIGUEL PEREZ RIVERA, a/k/a "Miguelito,"**

along with others known and unknown, did willfully and knowingly steal and purloin a thing of value of the United States, that is, United States currency exceeding $1,000 in value.

All in violation of Title 18, United States Code, Sections 641 and 2.

**COUNT EIGHT**
(Conspiracy to Deprive a Person of Civil Rights)

22. Paragraphs 1 through 7 of this Indictment are realleged and incorporated by reference as if fully set forth herein.

23. On or about November 17, 2011, in the District of Puerto Rico, defendants,

**[7] MIGUEL PEREZ RIVERA, a/k/a "Miguelito," and**
**[8] NADAB ARROYO ROSA, a/k/a "New,"**

along with others known and unknown, while acting under color of the laws of the Commonwealth of Puerto Rico, did conspire, combine, confederate, and agree to injure, oppress, threaten, and intimidate an unknown individual in the exercise or enjoyment of a right, secured and protected by the Constitution of the United States, to be free from unreasonable searches and seizures by those acting under color of law, by agreeing to unreasonably search and seize property of the unknown individual.

All in violation of Title 18, United States Code, Section 241.

**COUNT NINE**
(Theft of Government Money, Property, or Records)

24. Paragraphs 1 through 7 of this Indictment are realleged and incorporated by reference as if fully set forth herein.

25. On or about November 17, 2011, in the District of Puerto Rico, defendants,

**[7] MIGUEL PEREZ RIVERA, a/k/a "Miguelito," and**
**[8] NADAB ARROYO ROSA, a/k/a "New,"**

along with others known and unknown, did willfully and knowingly steal and purloin a thing of value of the United States, that is, United States currency exceeding $1,000 in value.

All in violation of Title 18, United States Code, Sections 641 and 2.

**COUNT TEN**
(Attempted Robbery)

26. Paragraphs 1 through 7 of this Indictment are realleged and incorporated by reference as if fully set forth herein.

27. On or about February 14, 2012, in the District of Puerto Rico, defendants,

**[10] LUIS SUAREZ SANCHEZ, and**
**[14] RUBEN CASIANO PIETRI, a/k/a "Chino,"**

along with others known and unknown, did attempt to knowingly and unlawfully obstruct, delay, and affect commerce, and the movement of articles and commodities in commerce, by robbery, in that the defendants knowingly and unlawfully took and obtained, and attempted to take and obtain, from a person and presence of such person, United States currency, that is approximately $18,000, against such person's will, by means of actual and threatened force, violence and fear of injury, immediate and future, to the person and the property in the person's custody and possession.

All in violation of Title 18, United States Code, Sections 1951 and 2.

**COUNT ELEVEN**
(Use and Carrying of a Firearm During and in Relation to a Crime of Violence)

28. Paragraphs 1 through 7 of this Indictment are realleged and incorporated by reference as if fully set forth herein.

29. On or about February 14, 2012, in the District of Puerto Rico, defendants,

**[10] LUIS SUAREZ SANCHEZ, and**
**[14] RUBEN CASIANO PIETRI, a/k/a "Chino,"**

along with others known and unknown, did knowingly and intentionally carry and use firearms, to wit, handguns of unknown brand and serial number, during and in relation to a crime of violence, as charged in Count Ten of this Indictment, said Count incorporated by reference as if fully set forth herein, which may be prosecuted in a court of the United States.

All in violation of Title 18, United States Code, Sections 924(c) and 2.

**COUNT TWELVE**

(Theft of Government Money, Property, or Records)

30. Paragraphs 1 through 7 of this Indictment are realleged and incorporated by reference as if fully set forth herein.

31. On or about February 14, 2012, in the District of Puerto Rico, defendants,

**[10] LUIS SUAREZ SANCHEZ, and**
**[14] RUBEN CASIANO PIETRI, a/k/a "Chino,"**

along with others known and unknown, did willfully and knowingly steal and purloin a thing of value of the United States, that is, United States currency exceeding $1,000 in value.

All in violation of Title 18, United States Code, Sections 641 and 2.

**COUNT THIRTEEN**
(Attempted Robbery)

32. Paragraphs 1 through 7 of this Indictment are realleged and incorporated by reference as if fully set forth herein.

33. On or about April 25, 2012, in the District of Puerto Rico, defendants,

**[1] OSVALDO VAZQUEZ RUIZ, and**
**[2] ORLANDO SIERRA PEREIRA, a/k/a "Sierrita" or "El Negro,"**

along with others known and unknown, did attempt to knowingly and unlawfully obstruct, delay, and affect commerce, and the movement of articles and commodities in commerce, by robbery, in that the defendants knowingly and unlawfully took and obtained, and attempted to take and obtain, from a person and presence of such person, United States currency, that is approximately $22,000, against such person's will, by means of actual and threatened force, violence and fear of injury, immediate and future, to the person and the property in the person's custody and possession.

All in violation of Title 18, United States Code, Sections 1951 and 2.

**COUNT FOURTEEN**
(Use and Carrying of a Firearm During and in Relation to a Crime of Violence)

34. Paragraphs 1 through 7 of this Indictment are realleged and incorporated by reference as if fully set forth herein.

35. On or about April 25, 2012, in the District of Puerto Rico, defendants,

**[1] OSVALDO VAZQUEZ RUIZ, and**
**[2] ORLANDO SIERRA PEREIRA, a/k/a "Sierrita" or "El Negro,"**

along with others known and unknown, did knowingly and intentionally carry and use firearms, to wit, handguns of unknown brand and serial number, during and in relation to a crime of violence, as charged in Count Thirteen of this Indictment, said Count incorporated by reference as if fully set forth herein, which may be prosecuted in a court of the United States.

All in violation of Title 18, United States Code, Sections 924(c) and 2.

**COUNT FIFTEEN**
(Theft of Government Money, Property, or Records)

36. Paragraphs 1 through 7 of this Indictment are realleged and incorporated by reference as if fully set forth herein.

37. On or about April 25, 2012, in the District of Puerto Rico, defendants,

**[1] OSVALDO VAZQUEZ RUIZ, and**
**[2] ORLANDO SIERRA PEREIRA, a/k/a "Sierrita" or "El Negro,"**

along with others known and unknown, did willfully and knowingly steal and purloin a thing of value of the United States, that is, United States currency exceeding $1,000 in value.

All in violation of Title 18, United States Code, Sections 641 and 2.

**COUNT SIXTEEN**
(Attempted Extortion Under Color of Official Right)

38. Paragraphs 1 through 7 of this Indictment are realleged and incorporated by reference as if fully set forth herein.

39. On or about April 25, 2012, in the District of Puerto Rico, defendant,

**[1] OSVALDO VAZQUEZ RUIZ,**

in his capacity as a sworn officer of POPR, did knowingly attempt to obstruct, delay, and affect, in any way and degree, commerce and the movement of articles and commodities in commerce, by extortion, that is, defendant, while an officer with POPR, obtained approximately $8,000 not due to him, or his office, and to which he was not entitled, from Person B, with Person B's consent, under color of official right.

All in violation of Title 18, United States Code, Section 1951.

**COUNT SEVENTEEN**
(Sale or Transfer of a Firearm to a Prohibited Person)

40. Paragraphs 1 through 7 of this Indictment are realleged and incorporated by reference as if fully set forth herein.

41. On or about May 9, 2012, in the District of Puerto Rico, defendant,

**[6] JOSE SANCHEZ SANTIAGO, a/k/a "Miguelon,"**

did sell or otherwise dispose of a firearm, as defined by Title 18, United States Code, Section 921(a)(3), to a person, knowing and having reasonable cause to believe that said person had been convicted in any court of a crime punishable by imprisonment for a term exceeding one year.

All in violation of Title 18, United States Code, Section 922(d).

**COUNT EIGHTEEN**
(Possession with Intent to Distribute)

42. Paragraphs 1 through 7 of this Indictment are realleged and incorporated by reference as if fully set forth herein.

43. On or about June 5, 2012, in the District of Puerto Rico, defendants,

**[1] OSVALDO VAZQUEZ RUIZ, and**
**[3] DANNY NIEVES RIVERA,**

along with others known and unknown, did knowingly and intentionally possess with the intent to distribute five hundred grams or more of a mixture or substance containing a detectable amount of cocaine.

All in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(B) and Title 18, United States Code, Section 2.

**COUNT NINETEEN**
(Conspiracy to Commit Robbery)

44. Paragraphs 1 through 7 of this Indictment are realleged and incorporated by reference as if fully set forth herein.

45. On or about July 9, 2012, in the District of Puerto Rico, defendants,

**[1] OSVALDO VAZQUEZ RUIZ, and**
**[5] YOVANNY CRESPO CANDELARIA,**

along with others known and unknown, did conspire, combine, confederate, and agree to obstruct, delay, and affect commerce, and the movement of articles and commodities in commerce, by robbery, in that the defendants conspired to knowingly and unlawfully take and obtain, and attempt to take and obtain, from a person and presence of such person, United States currency, against such person's will, by means of actual and threatened force, violence and fear of injury, immediate and future, to the person and the property in the person's custody and possession.

All in violation of Title 18, United States Code, Section 1951.

**COUNT TWENTY**
(Conspiracy to Deprive a Person of Civil Rights)

46. Paragraphs 1 through 7 of this Indictment are realleged and incorporated by reference as if fully set forth herein.

47. On or about July 9, 2012, in the District of Puerto Rico, defendants,

**[1] OSVALDO VAZQUEZ RUIZ, and**
**[5] YOVANNY CRESPO CANDELARIA,**

along with others known and unknown, while acting under color of the laws of the Commonwealth of Puerto Rico, did conspire, combine, confederate, and agree to injure, oppress, threaten, and intimidate an unknown individual in the exercise or enjoyment of a right, secured and protected by the Constitution of the United States, to be free from unreasonable searches and seizures by those acting under color of law, by agreeing to unreasonably search and seize property of the unknown individual.

All in violation of Title 18, United States Code, Section 241.

**COUNT TWENTY-ONE**
(Attempted Extortion Under Color of Official Right)

48. Paragraphs 1 through 7 of this Indictment are realleged and incorporated by reference as if fully set forth herein.

49. On or about July 17, 2012, in the District of Puerto Rico, defendants,

**[1] OSVALDO VAZQUEZ RUIZ,**
**[5] YOVANNY CRESPO CANDELARIA,**
**[11] EDUARDO MONTANEZ PEREZ, a/k/a "Menor,"**
**[13] CARLOS CANDELARIO SANTIAGO, a/k/a "Piti," and**
**[15] RICARDO RIVERA RODRIGUEZ, a/k/a "Ricky,"**

along with others known and unknown, in their capacity as sworn officers of POPR, did knowingly attempt to obstruct, delay, and affect, in any way and degree, commerce and the movement of articles and commodities in commerce, by extortion, that is, defendants, while officers with POPR, obtained approximately $18,700 not due to them, or their office, and to which they were not entitled, from Person C, with Person C's consent, under color of official right.

All in violation of Title 18, United States Code, Sections 1951 and 2.

**COUNT TWENTY-TWO**
(Conspiracy to Deprive a Person of Civil Rights)

50. Paragraphs 1 through 7 of this Indictment are realleged and incorporated by reference as if fully set forth herein.

51. On or about July 17, 2012, in the District of Puerto Rico, defendants,

**[1] OSVALDO VAZQUEZ RUIZ,**
**[5] YOVANNY CRESPO CANDELARIA,**
**[11] EDUARDO MONTANEZ PEREZ, a/k/a "Menor,"**
**[13] CARLOS CANDELARIO SANTIAGO, a/k/a "Piti," and**
**[15] RICARDO RIVERA RODRIGUEZ, a/k/a "Ricky,"**

along with others known and unknown, while acting under color of the laws of the Commonwealth of Puerto Rico, did conspire, combine, confederate, and agree to injure, oppress, threaten, and intimidate Person C in the exercise or enjoyment of a right, secured and protected by the Constitution of the United States, to be free from unreasonable searches and seizures by those acting under color of law, by agreeing to unreasonably search and seize property of Person C.

All in violation of Title 18, United States Code, Section 241.

**COUNT TWENTY-THREE**
(Theft of Government Money, Property, or Records)

52. Paragraphs 1 through 7 of this Indictment are realleged and incorporated by reference as if fully set forth herein.

53. On or about July 17, 2012, in the District of Puerto Rico, defendants,

**[1] OSVALDO VAZQUEZ RUIZ,**
**[5] YOVANNY CRESPO CANDELARIA,**
**[11] EDUARDO MONTANEZ PEREZ, a/k/a "Menor,"**
**[13] CARLOS CANDELARIO SANTIAGO, a/k/a "Piti," and**
**[15] RICARDO RIVERA RODRIGUEZ, a/k/a "Ricky,"**

along with others known and unknown, did willfully and knowingly steal and purloin a thing of value of the United States, that is, United States currency exceeding $1,000 in value.

All in violation of Title 18, United States Code, Sections 641 and 2.

**COUNT TWENTY-FOUR**
(False Statements to the Federal Government)

54. Paragraphs 1 through 7 of this Indictment are realleged and incorporated by reference as if fully set forth herein.

55. On or about July 17, 2012, in the District of Puerto Rico, defendant,

**[1] OSVALDO VAZQUEZ RUIZ,**

did knowingly and willfully make a false, fictitious, and fraudulent statement and representation as to a material fact in a matter within the jurisdiction of the Federal Bureau of Investigation ("FBI"), an agency and department of the United States of America, in that he falsely stated to agents of the FBI and Drug Enforcement Administration that he and others had seized approximately $4,400 from Person C, when in truth and in fact, as [1] OSVALDO VAZQUEZ RUIZ well knew, the amount seized was approximately $23,000.

All in violation of Title 18, United States Code, Section 1001.

**COUNT TWENTY-FIVE**
(Possession with Intent to Distribute)

56. Paragraphs 1 through 7 of this Indictment are realleged and incorporated by reference as if fully set forth herein.

57. On or about August 22, 2012, in the District of Puerto Rico, defendants,

**[1] OSVALDO VAZQUEZ RUIZ, and**
**[2] ORLANDO SIERRA PEREIRA, a/k/a "Sierrita" or "El Negro,"**

along with others known and unknown, did knowingly and intentionally possess with the intent to distribute five hundred grams or more of a mixture or substance containing a detectable amount of cocaine.

All in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(B) and Title 18, United States Code, Section 2.

**COUNT TWENTY-SIX**
(Attempted Extortion Under Color of Official Right)

58. Paragraphs 1 through 7 of this Indictment are realleged and incorporated by reference as if fully set forth herein.

59. On or about October 5, 2012, in the District of Puerto Rico, defendant,

**[12] CARLOS LAUREANO CRUZ, a/k/a "Cali,"**

along with others known and unknown, in his capacity as a sworn officer of POPR, did knowingly attempt to obstruct, delay, and affect, in any way and degree, commerce and the movement of articles and commodities in commerce, by extortion, that is, defendant, while an officer with POPR, obtained approximately $14,000 not due to him, or his office, and to which he was not entitled, from Person D, with Person D's consent, under color of official right.

All in violation of Title 18, United States Code, Sections 1951 and 2.

**COUNT TWENTY-SEVEN**
(Attempted Robbery)

60. Paragraphs 1 through 7 of this Indictment are realleged and incorporated by reference as if fully set forth herein.

61. On or about November 20, 2012, in the District of Puerto Rico, defendants,

**[2] ORLANDO SIERRA PEREIRA, a/k/a "Sierrita" or "El Negro,"**
**[3] DANNY NIEVES RIVERA,**
**[4] ROBERTO ORTIZ CINTRON, and**
**[16] CHRISTIAN VALLES COLLAZO,**

along with others known and unknown, did attempt to knowingly and unlawfully obstruct, delay, and affect commerce, and the movement of articles and commodities in commerce, by robbery, in that the defendants knowingly and unlawfully took and obtained, and attempted to take and obtain, from a person and presence of such person, United States currency, that is approximately $30,000, against such person's will, by means of actual and threatened force, violence and fear of injury, immediate and future, to the person and the property in the person's custody and possession.

All in violation of Title 18, United States Code, Sections 1951 and 2.

**COUNT TWENTY-EIGHT**
(Use and Carrying of a Firearm During and in Relation to a Crime of Violence)

62. Paragraphs 1 through 7 of this Indictment are realleged and incorporated by reference as if fully set forth herein.

63. On or about November 20, 2012, in the District of Puerto Rico, defendants,

**[2] ORLANDO SIERRA PEREIRA, a/k/a "Sierrita" or "El Negro,"**
**[3] DANNY NIEVES RIVERA,**
**[4] ROBERTO ORTIZ CINTRON, and**
**[16] CHRISTIAN VALLES COLLAZO,**

along with others known and unknown, did knowingly and intentionally carry and use firearms, to wit, handguns of unknown brand and serial number, during and in relation to a crime of violence, as charged in Count Twenty-Seven of this Indictment, said Count incorporated by reference as if fully set forth herein, which may be prosecuted in a court of the United States.

All in violation of Title 18, United States Code, Sections 924(c) and 2.

**COUNT TWENTY-NINE**
(Conspiracy to Deprive a Person of Civil Rights)

64. Paragraphs 1 through 7 of this Indictment are realleged and incorporated by reference as if fully set forth herein.

65. On or about November 20, 2012, in the District of Puerto Rico, defendants,

**[2] ORLANDO SIERRA PEREIRA, a/k/a "Sierrita" or "El Negro,"**
**[3] DANNY NIEVES RIVERA,**
**[4] ROBERTO ORTIZ CINTRON, and**
**[16] CHRISTIAN VALLES COLLAZO,**

along with others known and unknown, while acting under color of the laws of the Commonwealth of Puerto Rico, did conspire, combine, confederate, and agree to injure, oppress, threaten, and intimidate Person E in the exercise or enjoyment of a right, secured and protected by the Constitution of the United States, to be free from unreasonable searches and seizures by those acting under color of law, by agreeing to unreasonably search and seize property of Person E.

All in violation of Title 18, United States Code, Section 241.

**COUNT THIRTY**

(Theft of Government Money, Property, or Records)

66. Paragraphs 1 through 7 of this Indictment are realleged and incorporated by reference as if fully set forth herein.

67. On or about November 20, 2012, in the District of Puerto Rico, defendants,

**[2] ORLANDO SIERRA PEREIRA, a/k/a "Sierrita" or "El Negro,"**
**[3] DANNY NIEVES RIVERA,**
**[4] ROBERTO ORTIZ CINTRON, and**
**[16] CHRISTIAN VALLES COLLAZO,**

along with others known and unknown, did willfully and knowingly steal and purloin a thing of value of the United States, that is, United States currency exceeding $1,000 in value.

All in violation of Title 18, United States Code, Sections 641 and 2.

**COUNT THIRTY-ONE**
(Conspiracy to Possess with Intent to Distribute)

68. Paragraphs 1 through 7 of this Indictment are realleged and incorporated by reference as if fully set forth herein.

69. On or about February 6, 2013, in the District of Puerto Rico, defendant,

**[8] NADAB ARROYO ROSA, a/k/a "New,"**

did knowingly and intentionally combine, confederate, and agree with others known and unknown, to commit an offense against the United States, that is, to possess with intent to distribute five hundred grams or more of a mixture or substance containing a detectable amount of cocaine, in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(B).

All in violation of Title 21, United States Code, Section 846.

**COUNT THIRTY-TWO**
(Conspiracy to Possess with Intent to Distribute)

70. Paragraphs 1 through 7 of this Indictment are realleged and incorporated by reference as if fully set forth herein.

71. On or about April 4, 2013, in the District of Puerto Rico, defendants,

**[2] ORLANDO SIERRA PEREIRA, a/k/a "Sierrita" or "El Negro,"**
**[3] DANNY NIEVES RIVERA, and**
**[4] ROBERTO ORTIZ CINTRON,**

did knowingly and intentionally combine, confederate, and agree with each other and others known and unknown, to commit an offense against the United States, that is, to possess with intent to distribute five kilograms or more of a mixture or substance containing a detectable amount of cocaine, in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(A)(ii).

All in violation of Title 21, United States Code, Section 846.

**COUNT THIRTY-THREE**
(Use and Carrying of a Firearm During and in Relation to a Drug Trafficking Crime)

72. Paragraphs 1 through 7 of this Indictment are realleged and incorporated by reference as if fully set forth herein.

73. On or about April 4, 2013, in the District of Puerto Rico, defendants,

**[2] ORLANDO SIERRA PEREIRA, a/k/a "Sierrita" or "El Negro,"**
**[3] DANNY NIEVES RIVERA, and**
**[4] ROBERTO ORTIZ CINTRON,**

along with others known and unknown, did knowingly and intentionally carry and use firearms, to wit, handguns of unknown brand and serial number, during and in relation to a drug trafficking crime, that is, a violation of Title 21, United States Code, Sections 841(a)(1) and 846, involving a conspiracy to possess with intent to distribute five kilograms or more of a mixture or substance containing a detectable amount of cocaine, as charged in Count Thirty-Two of this Indictment, said Count incorporated by reference as if fully set forth herein, an offense which may be prosecuted in a court of the United States.

All in violation of Title 18, United States Code, Sections 924(c) and 2.

**COUNT THIRTY-FOUR**
(Conspiracy to Deprive a Person of Civil Rights)

74. Paragraphs 1 through 7 of this Indictment are realleged and incorporated by reference as if fully set forth herein.

75. On or about April 4, 2013, in the District of Puerto Rico, defendants,

**[2] ORLANDO SIERRA PEREIRA, a/k/a "Sierrita" or "El Negro,"**
**[3] DANNY NIEVES RIVERA, and**
**[4] ROBERTO ORTIZ CINTRON,**

along with others known and unknown, while acting under color of the laws of the Commonwealth of Puerto Rico, did conspire, combine, confederate, and agree to injure, oppress, threaten, and intimidate an unknown individual in the exercise or enjoyment of a right, secured and protected by the Constitution of the United States, to be free from unreasonable searches and seizures by those acting under color of law, by agreeing to unreasonably search and seize property of the unknown individual.

All in violation of Title 18, United States Code, Section 241.

**COUNT THIRTY-FIVE**
(Conspiracy to Commit Robbery)

76. Paragraphs 1 through 7 of this Indictment are realleged and incorporated by reference as if fully set forth herein.

77. On or about April 22, 2013, in the District of Puerto Rico, defendants,

**[2] ORLANDO SIERRA PEREIRA, a/k/a "Sierrita" or "El Negro,"**
**[3] DANNY NIEVES RIVERA, and**
**[4] ROBERTO ORTIZ CINTRON,**

along with others known and unknown, did conspire, combine, confederate, and agree to obstruct, delay, and affect commerce, and the movement of articles and commodities in commerce, by robbery, in that the defendants conspired to knowingly and unlawfully take and obtain, and attempt to take and obtain, from a person and presence of such person, United States currency, against such person's will, by means of actual and threatened force, violence and fear of injury, immediate and future, to the person and the property in the person's custody and possession.

All in violation of Title 18, United States Code, Section 1951.

**COUNT THIRTY-SIX**
(Conspiracy to Deprive a Person of Civil Rights)

78. Paragraphs 1 through 7 of this Indictment are realleged and incorporated by reference as if fully set forth herein.

79. On or about April 22, 2013, in the District of Puerto Rico, defendants,

**[2] ORLANDO SIERRA PEREIRA, a/k/a "Sierrita" or "El Negro,"**
**[3] DANNY NIEVES RIVERA, and**
**[4] ROBERTO ORTIZ CINTRON,**

along with others known and unknown, while acting under color of the laws of the Commonwealth of Puerto Rico, did conspire, combine, confederate, and agree to injure, oppress, threaten, and intimidate an unknown individual in the exercise or enjoyment of a right, secured and protected by the Constitution of the United States, to be free from unreasonable searches and seizures by those acting under color of law, by agreeing to unreasonably search and seize property of the unknown individual.

All in violation of Title 18, United States Code, Section 241.

## FORFEITURE ALLEGATIONS

**A. Forfeiture of Proceeds and Property Involved in Count 1 (18 U.S.C. § 1962(d))**

80. The allegations contained in Count One of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 1963 and Title 28, United States Code, Section 2461(c).

81. Pursuant to Title 18, United States Code, Section 1963, upon conviction of an offense in violation of Title 18, United States Code, Section 1962, set forth in Count One of this Indictment, the defendants,

**[1] OSVALDO VAZQUEZ RUIZ,**
**[2] ORLANDO SIERRA PEREIRA, a/k/a "Sierrita" or "El Negro,"**
**[3] DANNY NIEVES RIVERA,**
**[4] ROBERTO ORTIZ CINTRON,**
**[5] YOVANNY CRESPO CANDELARIA,**
**[6] JOSE SANCHEZ SANTIAGO, a/k/a "Miguelon,"**
**[7] MIGUEL PEREZ RIVERA, a/k/a "Miguelito,"**
**[8] NADAB ARROYO ROSA, a/k/a "New,"**
**[9] JOSE FLORES VILLALONGO,**
**[10] LUIS SUAREZ SANCHEZ,**
**[11] EDUARDO MONTANEZ PEREZ, a/k/a "Menor,"**
**[12] CARLOS LAUREANO CRUZ, a/k/a "Cali," and**
**[13] CARLOS CANDELARIO SANTIAGO, a/k/a "Piti,"**

shall forfeit to the United States:

a. any interest acquired or maintained in violation of Title 18, United States Code, Section 1962;

b. any interest in, security of, claim against, or property or contractual right of any kind affording a source of influence over, any enterprise which the defendants established, operated, controlled, conducted, or participated in the conduct of, in violation of Title 18, United States Code, Section 1962; and

c. any property constituting, or derived from proceeds obtained, directly or indirectly, from racketeering activity, in violation of Title 18, United States Code, Section 1962.

82. The property to be forfeited to the United States pursuant to Title 18, United States Code, Section 1963(a)(1)-(3), includes but is not limited to a money judgment of at least $175,000.00.

83. If any of the property described in paragraphs 81 and 82 above, as a result of any act or omission of a defendant,

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third party;

c. has been placed beyond the jurisdiction of the court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be divided without difficulty,

the United States shall be entitled to forfeiture of substitute property pursuant to Title 18, United States Code, Section 1963(m).

All pursuant to Title 18, United States Code, Section 1963 and Title 28, United States Code, Section 2461(c).

**B. Forfeiture of Proceeds of Counts 2, 5, 7, 9, 10, 12, 13, 15, 16, 19, 21, 23, 26, 27, 30, and 35 (18 U.S.C. §§ 641, 1951)**

84. The allegations contained in Counts 2, 5, 7, 9, 10, 12, 13, 15, 16, 19, 21, 23, 26, 27, 30, and 35 of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United State Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c).

85. Upon conviction of the offense(s) in violation of 18 U.S.C. §§ 641 and 1951, set

forth in Counts 2, 5, 7, 9, 10, 12, 13, 15, 16, 19, 21, 23, 26, 27, 30, and 35 of this Indictment, the

defendants,

**[1] OSVALDO VAZQUEZ RUIZ,**
**[2] ORLANDO SIERRA PEREIRA, a/k/a "Sierrita" or "El Negro,"**
**[3] DANNY NIEVES RIVERA,**
**[4] ROBERTO ORTIZ CINTRON,**
**[5] YOVANNY CRESPO CANDELARIA,**
**[6] JOSE SANCHEZ SANTIAGO, a/k/a "Miguelon,"**
**[7] MIGUEL PEREZ RIVERA, a/k/a "Miguelito,"**
**[8] NADAB ARROYO ROSA, a/k/a "New,"**
**[9] JOSE FLORES VILLALONGO,**
**[10] LUIS SUAREZ SANCHEZ,**
**[11] EDUARDO MONTANEZ PEREZ, a/k/a "Menor,"**
**[12] CARLOS LAUREANO CRUZ, a/k/a "Cali,"**
**[13] CARLOS CANDELARIO SANTIAGO, a/k/a "Piti,"**
**[14] RUBEN CASIANO PIETRI, a/k/a "Chino,"**
**[15] RICARDO RIVERA RODRIGUEZ, a/k/a "Ricky," and**
**[16] CHRISTIAN VALLES COLLAZO,**

shall forfeit to the United States pursuant to Title 18, United States Code, Section 981(a)(1)(C) and

Title 28, United States Code, Section 2461(c), any property, real or personal, which constitutes and

is derived from proceeds traceable to violation(s) of Title 18, United States Code, Sections 641 and

1951, including, but not limited to, a money judgment.

86.    If any of the property described in paragraph 85, as a result of any act or omission

of a defendant,

a.    cannot be located upon the exercise of due diligence;

b.    has been transferred or sold to, or deposited with, a third party;

c.    has been placed beyond the jurisdiction of the court;

d.    has been substantially diminished in value; or

e.    has been commingled with other property which cannot be divided

without difficulty;

the United States shall be entitled to forfeiture of substitute property pursuant to Title 21, United

States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

All pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c).

**C. Forfeiture of Proceeds and Facilitating Property of Counts 18, 25, 31, and 32 (21 U.S.C. §§ 841, 846)**

87. The allegations contained in Counts 18, 25, 31, and 32 of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 21, United States Code, Section 853.

88. Upon conviction of an offense in violation of Title 21, United States Code Sections 841 and 846, set forth in Counts 18, 25, 31, and 32 of this Indictment, the defendants,

**[1] OSVALDO VAZQUEZ RUIZ,**
**[2] ORLANDO SIERRA PEREIRA, a/k/a "Sierrita" or "El Negro,"**
**[3] DANNY NIEVES RIVERA,**
**[4] ROBERTO ORTIZ CINTRON, and**
**[8] NADAB ARROYO ROSA, a/k/a "New,"**

shall forfeit to the United States pursuant to Title 21, United States Code, Section 853, any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offense(s) and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, the offense(s).

89. If any of the property described in paragraph 88, as a result of any act or omission of a defendant:

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third party;

c. has been placed beyond the jurisdiction of the court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be divided without

difficulty,

the United States shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), including, but not limited to, a money judgment.

All pursuant to Title 21, United States Code, Section 853 and Title 28, United States Code, Section 2461(c).

TRUE BILL

FOREPERSON
DATE: May/21/2014

**ROSA EMILIA RODRÍGUEZ-VÉLEZ**
United States Attorney
District of Puerto Rico

José A. Ruiz
Chief, Criminal Division

Timothy Henwood
Chief, White Collar Crime Unit

Mariana Bauzá
Assistant United States Attorney

**JACK SMITH**
Chief, Public Integrity Section
United States Department of Justice

Brian K. Kidd
Trial Attorney, Public Integrity Section

Emily Rae Woods
Trial Attorney, Public Integrity Section

Menaka Kalaskar
Trial Attorney, Public Integrity Section